FERNANDO MÉNDEZ VALENTÍN, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE MAYAGÜEZ, recurrido.

Núm. 1138.—*Sometido:* Enero 24, 1944. *Resuelto:* Marzo 6, 1944.

*José Sabater,* abogado del recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR SNYDER emitió la opinión del tribunal.

Domingo González Martínez compró e inscribió cierto inmueble estando casado con Laura Antonia Vélez. Se divorció de su esposa en 1937. En 1942 González y su anterior esposa otorgaron una escritura de venta de la finca. Al serle presentada para inscripción la escritura, el registrador la inscribió, pero hizo constar en la nota de inscripción que la misma se practicaba sujeta a las contingencias de la liquidación de la sociedad de gananciales.

Exactamente la misma cuestión envuelta en el presente recurso fué resuelta en favor del Registrador en *Pérez* v. *Registrador,* 62 D.P.R. 789, resuelto el 13 de enero de 1944.

*Por las razones expuestas en la opinión emitida en dicho caso, la nota del Registrador será confirmada.*